UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MASIE WONG,                                                            :
                                                                       :
                            Plaintiff,                                 :
                                                                       :        23 Civ. 3044 (JPC) (JLC)
        -v-                                                            :
                                                                       :               ORDER
JOUNCE THERAPEUTICS, INC. *et al.*,                                    :
                                                                       :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Complaint in this action was filed on April 11, 2022. Dkt. 1. Defendants have not appeared in this action, and the docket does not reflect whether Defendants have been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Nor has Plaintiff requested an extension of time to serve Defendants.

      Accordingly, Plaintiff is ordered to file a status letter by August 3, 2023, describing (1) whether service of the summons and Complaint has been made on any of Defendants, and if not, (2) why good cause exists to excuse Plaintiff's failure to serve Defendants within the 90-day deadline set by Rule 4(m). *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). The Court reminds Plaintiff that "[t]o establish good case a plaintiff must demonstrate that despite diligent attempts, service could not be made due to exceptional circumstances beyond his or her control." *Deptula v. Rosen*, 558 F. Supp. 3d 73, 75 (S.D.N.Y. 2021) (internal quotation marks omitted).

    Plaintiff must file this letter even if service of the Summons and Complaint is or has already been made. If Defendants have been served, Plaintiff must also file proof of service on the docket no later than August 3, 2023. If no such letter is filed, the Court may dismiss the case for failure to prosecute.

    SO ORDERED.

Dated: July 27, 2023
       New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge